UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26-mj-3349-JDH |
| | ) | |
| RODOLFO ARMANDO | ) | |
| FERNANDEZ GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO SEAL COMPLAINT**

The United States of America hereby moves this Court to direct that the complaint, complaint affidavit, JS-45, arrest warrant, this motion, and any ruling on this motion be sealed (and that no person shall disclose the same except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the complaint unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ James J. Nagelberg*
JAMES J. NAGELBERG
Assistant U.S. Attorney

**Motion to seal allowed.**

**Sep 29, 2026**

U.S.M.J.

Date: September 28, 2026