UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26-mj-3349-JDH |
| | ) | |
| RODOLFO ARMANDO | ) | |
| FERNANDEZ GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO PARTIALLY UNSEAL COMPLAINT**

The United States hereby moves this Court to partially unseal the complaint, supporting affidavit, and JS45. In support of unsealing, the government states that the defendant was arrested on October 1, 2026, and there is no further need to keep these documents sealed.

In support of the partial unsealing, the government notes that photographs of the victim in this matter, which were included for comparison to photographs of the defendant, have been redacted from paragraphs 25 and 32 from the version of the Complaint affidavit to be made public to protect the victim's privacy. Further, two criminal court cases charged against the defendant under the name of the victim have also been redacted from paragraph 23 for the same reason. A proposed redacted affidavit is attached hereto.

Additionally, the government requests that the Court permit defendant and defense counsel access to the sealed, unredacted Complaint affidavit.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ James J. Nagelberg*
JAMES J. NAGELBERG
Assistant U.S. Attorney

Date: October 1, 2026